CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 1 1 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS RAIFORD,<br>    Plaintiff, | Civil Action No. 7:06-cv-00421 |
| v. | **FINAL ORDER** |
| WALLENS RIDGE STATE PRISON,<br>et al.,<br>    Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motion to amend (Dkt. No. 8) is **GRANTED** and the complaint is supplemented as stated in the motion, but that this action is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 11th day of August, 2006.

*/s/ James C. Turk*
Senior United States District Judge